```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: NOV 14 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA, as subrogee of              :
CALSONIC KANSEI, N.A.,
:       14 Civ. 8166 (KBF)
        Plaintiff,                          :
                                                   STIPULATION AND ORDER OF
- against -                                 :      TRANSFER TO THE UNITED
                                                   STATES DISTRICT COURT FOR
                                            :      THE SOUTHERN DISTRICT OF
AVERITT EXPRESS, INC.,                             TEXAS (Houston Division)
                                            :
        Defendant.
                                            :
------------------------------------------------------------x

   WHEREAS, defendant Averitt Express, Inc. ("Averitt") has communicated its intention to challenge venue in this Court;

   WHEREAS, the claim in suit arises from alleged damage to an interstate shipment which was shipped from a place in Texas and involves a road incident which occurred in Texas;

   WHEREAS, Averitt consents to jurisdiction and venue in the United States District Court for the Southern District of Texas (Houston Division), which is a federal judicial district through which it operates;

   WHEREAS, based on the aforesaid representations plaintiff consents to the transfer of this action to the proposed transferee court;

   IT IS HEREBY STIPULATED AND ORDERED that the captioned action be and hereby is transferred pursuant to 28 U.S.C. § 1404(a) from this Court to the United States District Court for the Southern District of Texas (Houston Division); and

IT IS FURTHER STIPULATED AND ORDERED that the Clerk of this Court shall transfer the docket entries and documents on file in this Court to the Clerk of the United States District Court for the Southern District of Texas (Houston Division).

Dated: New York, New York
November 12, 2014

So Ordered:

_____
United States District Judge

USDJ
11/13/14

Nowell Amoroso Klein Bierman P.A.
Attorneys for Defendant
AVERITT EXPRESS, INC.

By _S/ William D. Bierman_____
William D. Bierman
Thomas Martin
Nowell Amoroso Klein Bierman, P.A.
155 Polifly Road
Hackensack, NJ 07601
Tel: 201-343-5001
Fax: 201-343-5181

Law Office
David L. Mazaroli

By _S/ David L. Mazaroli_____
David L. Mazaroli
Attorney for Plaintiff
250 Park Avenue – 7th Floor
New York, NY 10177
Tel. (212)267-8480
Fax (212)732-7352
e-mail: dlm@mazarolilaw.com